No. 10. Garner v. Stinnett. Appellee and one Parker met

Benjamin Garner for the purpose of paying off two notes appellants held against them. One half of the amount due thereon Parker then paid, and appellee claimed he also paid the other half, and thereupon said notes were given up to him by Garner. Appellants deny this, and claim appellee paid enough only on his half to reduce the same to $400, and that sum was to be paid by appellee in a few days, or it was to be secured by appellee's note and mortgage to be given appellants, in case the money was not paid by appellee, and with this understanding and agreement the two notes were given up to Stinnett, who neither paid the balance nor gave the note and mortgage, as agreed, and this suit was brought by appellants against appellee to recover said balance of $400 and interest; a trial was had in the court below; the jury found for appellee; the court rendered judgment upon the verdict, to reverse which judgment this appeal was taken. The evidence was conflicting, but this court can not say the verdict was not justified by the evidence. Finding no error in the record the judgment is affirmed. Opinion by GREEN, J. Judge below, J. R. WILLIAMS. Attorneys, for appellants, Mr. J. M. CREBS and Mr. J. I. McCLINTOCK; for appellee, Mr. N. HOLDERBY and Mr. P. A. PEARCE. Opinion filed Nov. 24, 1886.